**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01345-CV

## ASHTON GROVE LC, W. DOW HAMM III CORP., ET AL., Appellants

## V.

## JACKSON WALKER L.L.P., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-07411**

## ORDER

Due to a bankruptcy stay that has now been "modified and terminated, to the extent it applies, to permit" the prosecution of this appeal, the deadline for filing the reporter's record has changed. *See* TEX. R. APP. P. 8.2. Accordingly, we **ORDER** Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, to file the record no later than December 30, 2013.

We **DIRECT** the Clerk of the Court to send, by electronic transmission, a copy of this Order to court reporter Sheretta Martin and to the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE